1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,                    CASE NO. 11cr2573-BEN

12                                Plaintiff,    **JUDGMENT AND ORDER OF**
                vs.                             **DISMISSAL OF INFORMATION**
13 LETICIA REYES(1),

14

15                                Defendant.

16

17        Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the

Information in the above entitled case is dismissed with prejudice and the bond is exonerated .    **IT**
18
**IS SO ORDERED**.
19
        Dated:  8/13/2012         .
20

21

22                                        _____
                                          **HONORABLE BARBARA L. MAJOR**
23                                        **United States Magistrate Judge**

24

25

26

27

28